UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jermaine Montiel

        Plaintiff(s),

v.

Officer M. Williams, et al.

        Defendant(s).
                              /

No. C 07 05490 HRL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 12 December 2007

Anthony Boskovich
_____
Signature

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")

NDC-06