UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jermaine Montiel,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Offiicer M. Williams, Badge No. 3751, individually and in his capacity as a San Jose police officer, et.al.,<br><br>　　　　Defendants.<br>_____/ | No. C07-05490<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

　　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

　　　　PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for February 19, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **February 22, 2008 at 10:30 a.m..**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on February 15, 2008.

　　　　If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: December 13, 2007　　　　　　　　　　RICHARD W. WIEKING, Clerk
　　　　　　　　　　　　　　　　　　　　　　　United States District Court


　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Patty Cromwell_
　　　　　　　　　　　　　　　　　　　　　　　By: Patty Cromwell, Courtroom Deputy
　　　　　　　　　　　　　　　　　　　　　　　to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Anthony Boskovich    policemisconduct@compuserve.com