# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jermaine Montiel | C0705490HRL |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Officer M. Williams, et al | **See Below |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Chief of Police, Robert Davis

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
201 W. Mission Street, San Jose, CA 95110

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anthony Bostovich
28 North Mission Street
Suite 600
San Jose, CA 95138-1210

| | |
|---|---|
| Number of process to be served with this Form - 285 | 6 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**1. Complaint and Civil Cover Sheet
2. Application to Proceed In forma Pauperis
3. ADR Scheduling Order
4. Order re Application to Proceed In Forma Pauperis

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Betty Walton

TELEPHONE NUMBER: 408-535-6513
DATE: 11/27/2007

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 4
District of Origin: No. 11
District to Serve: No. 11
Signature of Authorized USMS Deputy or Clerk
Date: 12/19/07

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Officer Maria Jimenez

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 12/19/07
Time: 13:30 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $41 | | | $41 | | $41 |

REMARKS:
12/19/07 Personally Served

EXECUTED NOTE

| PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |