**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

ENTERED

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jermain Montiel | C07-4390 JF FILED 5-490 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Officer M. Williams, et al | **See Below |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
City of San Jose

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
200 E. Santa Clara Street, San Jose, CA 95113

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. CA (S.J.)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anthony Boskovich
28 North First Street
Suite 600
San Jose, CA 95138-1210

| Number of process to be served with this Form - 285 | 6 |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**1. Complaint and Civil Cover Sheet
2. Application to Proceed In Forma Pauperis
3. ADR Scheduling Order
4. Order re Application to Proceed InForma Pauperis

Signature of Attorney or other Originator requesting service on behalf of:
Betty Walton    ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 408-535-5513
DATE: 11/27/2007

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 4 | No. 11 | No. 11 | | 12/06/07 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 12/14/07   Time: 11 00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | 28 | | | | | |

**REMARKS:**
12/14/07 City of San Jose Clerks Office and Attorney's would not accept service. EXECUTED

**PRIOR EDITIONS MAY BE USED**        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

JERMAINE MONTIEL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 07-05490 HRL

V.

OFFICER M. WILLIAMS, ET AL.

TO:

City of San Jose

200 E. Santa Clara Street
San Jose, CA 95113

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Anthony Boskovich
Law Offices of Anthony Boskovich
28 North First Street
Suite 600
San Jose, Ca 95138-1210

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

November 27, 2007
DATE

Betty Walton
(BY) DEPUTY CLERK

EXECUTED

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 12/14/07 |
| Name of SERVER (PRINT) K. LEONG | TITLE DUSM |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: S. JOSE CITY ATTORNEY'S OFFICE REFUSED SERVICE CLAIMING ALL SERVICE FOR CITY OF S. JOSE TO BE FORWARDED TO CITY CLERK'S OFFICE. CITY CLERK REFUSE SERVICE CITING WRONG POINT OF CONTACT.

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

UN Executed on    12/14/07
                  Date

Signature of Server

USMS S. JOSE
Address of Server

EXECUTED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.