```
1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
   Office of the City Attorney
3  200 East Santa Clara Street
   San Jose, California 95113-1905
4  Telephone: (408) 535-1900
   Facsimile:  (408) 998-3131
5  Email:      cao.main@sanjoseca.gov

6  Attorneys for Defendants
   CITY OF SAN JOSE, ROBERT DAVIS, OFFICER MATTHEW WILLIAMS #3751,
7  SERGEANT CARLTON SHEPPARD #3125, OFFICER JUAN HERNANDEZ #3898, and
   OFFICER GERARDO RODRIGUEZ #3087
8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE MONTIEL,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICER M. WILLIAMS, BADGE NO. 3751; SERGEANT C. SHEPPARD, BADGE NO. 3125; OFFICER HERNANDEZ, BADGE NO. 3898; OFFICER RODRIGUEZ, BADGE NO. 3087; JOHN DOE AND RICHARD ROE; ROBERT DAVIS; CITY OF SAN JOSE,<br><br>    Defendants. | CASE NO.: C07-05490 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

//
//
//
//

1  Dated: January 22, 2008

RICHARD DOYLE
City Attorney

By: _____/s/_____
        MICHAEL R. GROVES
        Senior Deputy City Attorney

Attorneys for Defendants
CITY OF SAN JOSE, ROBERT DAVIS,
OFFICER MATTHEW WILLIAMS,
SERGEANT CARLTON SHEPPARD,
OFFICER JUAN HERNANDEZ, and
OFFICER GERARDO RODRIGUEZ