1  Anthony Boskovich, No. 121198
   Law Offices of Anthony Boskovich
2  28 N. First Street, 6th Floor
   San Jose, California 95113-1210
3

4  (408) 286-5150
   policemisconduct@xompuserve.com
5

6  Attorney for plaintiff JERMAINE MONTIEL

7  Richard Doyle, City Attorney, No. 88625
   Nora Frimann, Chief Trial Attorney, No. 93249
8  Michael R. Groves, Sr. Deputy City Attorney No. 85620
   Office of the City Attorney
9  200 East Santa Clara Street
   San Jose, California  95113
10

11 Telephone: (408) 535-1900
   Facsimile:    (408) 998-3131
12 Email:        cao.main@sanjoseca.gov

13 Attorneys for All Defendants

14

15        IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

16             NORTHERN DISTRICT OF CALIFORNIA

17                    SAN JOSE DIVISION

18

19 JERMAINE MONTIEL,                          )
                            Plaintiff,        )    No. C 07 05490 JF
20 v.                                         )
                                              )    JOINT CASE MANAGEMENT
21 OFFICER M. WILLIAMS, BADGE NO. 3751,       )    STATEMENT
   individually and in his capacity as a San Jose police )
22 officer; SERGEANT C. SHEPPARD, BADGE       )    Date: 22 February 2008
   NO. 3125, individually and in his capacity as a )   Time: 10:30 A.M.
23 San Jose police officer and supervisor; OFFICER )   Courtroom: 3
   HERNANDEZ, BADGE NO. 3898, individually    )    Judge: Honorable Jeremy Fogel
24 and in his capacity as a San Jose police officer; )
   OFFICER RODRIGUEZ, BADGE NO. 3087,         )
25 individually and in his capacity as a San Jose police )
   officer;   JOHN DOE and RICHARD ROE,       )
26 individually and in their capacities as San Jose )
   police officers, the true names and exact numbers )
27

   Joint Case Management Conference Statement
28 C 07 05490 JF                                              Page 1

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

1  of whom are unknown at this time; ROBERT )
   DAVIS, individually and in his capacity as Chief )
2  of Police for the City of San Jose; CITY OF SAN )
   JOSE, a municipal corporation, )
3                                    *Defendants.*    )
   _____ )

4

5        The parties to the above-entitled action jointly submit this Joint Case Management

6  Statement and Proposed Order and request the Court to adopt it as its Case Management Order

7  in this case, pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10(b).

8

9

10                    **JOINT CASE MANAGEMENT STATEMENT**

11

12 **A.    Description of the Case:**

13 **1.    The underlying events:**

14       On 26 August 2006, plaintiff Jermaine Montiel took his friend, Brandon Adam, to Kaiser -

15 Santa Teresa Hospital because Mr. Adam had been stabbed. While at the emergency room, Mr.

16 Adam became uncooperative, and eventually San Jose police arrived at the scene. As a result of

17 what he saw with respect to the police interaction with his friend, Mr. Montiel approached the

18 officers and was eventually taken to the ground by several officers. Mr. Montiel was injured, and

19 transported to Valley Medical Center where he was treated. Mr. Montiel was arrested and charged

20 with violation of California Penal Code section 647, subdivision (f), so-called "drunk in public", and

21 taken to jail.

22       Upon release the next day, Mr. Montiel went to O'Connor Hospital where it was discovered

23 that he had a fractured arm.

24       Mr. Montiel was charged with drunk in public and delaying and obstructing an officer.

25 Eventually all charges were dismissed.

26

27

28 Joint Case Management Conference Statement
   C 07 05490 JF                                                    Page 2

*Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150*

2.    **The principal factual issues which the parties dispute:**

a.  Whether Mr. Montiel was intoxicated.

b.  Whether Mr. Montiel and/or Mr. Adams were creating a disturbance in the Kaiser Santa Teresa Emergency Room on the evening of the event.

c.  Whether Mr. Montiel resisted and delayed the police in their attempt to subdue Mr. Adams.

d.  Whether the officers' conduct caused Mr. Montiel to suffer harm or injury.

e.  Whether the officers wrote false police reports.

f.  Whether there is a custom or practice within the San Jose Police Department to make arrests for violation of California Penal Code section 647, subdivision (f), when no probable cause exists but instead for some improper purpose.

g.  Whether San Jose police officers are adequately trained in the elements of California Penal Code section 647, subdivision (f), and how to recognize the elements and determine if they apply to a particular defendant.

h.  Whether the San Jose Police Department adequately monitors and supervises its officers regarding arrests for violation of California Penal Code section 647, subdivision (f).

3.    **Principal legal issues in dispute**.

a.  Whether there was probable cause to arrest Mr. Montiel.

b.  Whether the officers used excessive force against Mr. Montiel.

c.  Whether Defendant City is liable under *Monell*.

4.    **Other issues**

None

Joint Case Management Conference Statement
C 07 05490 JF                                                          Page 3

**5. Unserved parties**

All of the named parties have been served.

**6. Additional parties whom the parties intend to join**

None

**B. Consent to Magistrate Judge for Trial**

The parties do not consent to assignment of this case to a United States Magistrate Judge.

**C. Alternative Dispute Resolution**

The parties agree to participate in a settlement conference before Magistrate Judge Seeborg.

**D. Voluntary Disclosures**

The parties will provide initial disclosures no later than 7 March 2008.

**E. Discovery**

**1. The parties agree to the following discovery plan**

Subject to modification pursuant to stipulation or Court Order:

1. **Depositions:** Limit: 10 per side.

2. **Interrogatories:** Limit: 25 per side. Plaintiff will be allowed 25 interrogatories on each defendant.

3. **Requests for Production of Documents:** Limit: A reasonable number of carefully tailored requests.

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150

1    **4.   Requests for Admissions**: Limit: 25 per side.   Plaintiff will be allowed 25

2  requests on each defendant.

3

4  **F.   Damages**

5    Plaintiff has suffered special and general damages in an amount to be determined.

6  **G.   Trial schedule**

7    The parties believe it is too early for the Court to set a trial date. The parties suggest that a

8  further case management conference be calendared in 120 days for the purpose of setting a trial date.

9  The parties anticipate that the trial will last 5 to 8 days.

10

11  Dated: 20 February 2008    LAW OFFICES OF ANTHONY BOSKOVICH

12

13                By: _____

14                    Anthony Boskovich
                      Attorney for Plaintiff JERMAINE MONTIEL

15

16  Dated: 20 February 2008    OFFICE OF THE CITY ATTORNEY

17

18                                    /s/
                  By: _____

19                    Michael Groves
                      Attorney for Defendants

20

21

22  **IT IS SO ORDERED**.

23

24  Dated: _____    _____

25                    Honorable Jeremy Fogel
                      Judge of the United States District Court

26

27

28  Joint Case Management Conference Statement
    C 07 05490 JF                                         Page 5

*Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150*