UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, February 22, 2008
**Case Number:** CV-07-5490-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | JERMAINE MONTIEL  V. OFFICER M. WILLIAMS, ET AL |

**PLAINTIFF**                                                         **DEFENDANT**

**Attorneys Present:** Anthony Boskovich            **Attorneys Present:** Michael Groves

PROCEEDINGS:
  Case management conference held.  Parties are present. Continued to 6/20/08 at 10:30 a.m. for further case management conference.  The case is referred to Magistrate Judge Seeborg for settlement conference.