**\*E-FILED\***
**June 2, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE MONTIEL, | No. C 07-05490 JF (HRL) |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING SETTLEMENT CONFERENCE** |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY ORDERED that the settlement conference previously scheduled for **June 9, 2008** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **July 21, 2008 at 9:30 a.m**.

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference. All other provisions of this Court's Order, dated February 27, 2008, shall remain in effect.

The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles prior to the date set for settlement conference.

Dated: June 2, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Anthony Boskovich     policemisconduct@compuserve.com

Michael R. Groves     CAO.Main@ci.sj.ca.us

Dated: June 2, 2008

                CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                By:   /s/ *BAK*