```
1  RICHARD DOYLE, City Attorney  (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
   Office of the City Attorney
3  200 East Santa Clara Street
   San Jose, California  95113-1905
4  Telephone:  (408) 535-1900
   Facsimile:   (408) 998-3131
5  Email:         cao.main@sanjoseca.gov

6  Attorneys for Defendants,
   CITY OF SAN JOSE, ROBERT DAVIS, OFFICER MATTHEW WILLIAMS #3751,
7  SERGEANT CARLTON SHEPPARD #3125, OFFICER JUAN HERNANDEZ #3898, and
   OFFICER GERARDO RODRIGUEZ #3087
8
9                        UNITED STATES DISTRICT COURT
10                       NORTHERN DISTRICT OF CALIFORNIA
11
12  JERMAINE MONTIEL,                    CASE NO.:  C07-05490 JF
13           Plaintiff,
14      vs.                              STIPULATION AND [PROPOSED]
                                         ORDER CHANGING DATE OF CASE
15  OFFICER M. WILLIAMS, Badge No.       MANAGEMENT CONFERENCE
    3751; SERGEANT C. SHEPPARD,
16  Badge No.. 3125; OFFICER
    HERNANDEZ, Badge No.. 3898;
17  OFFICER RODRIGUEZ, Badge No..
    3087; JOHN DOE and RICHARD ROE;
18  ROBERT DAVIS; CITY OF SAN JOSE,
19           Defendants.
20
21       The parties, by and through their attorneys of record, Michael R. Groves for
22  Defendants and Anthony Boskovich for Plaintiff, hereby stipulate as follows:
23       1.   The Settlement Conference in this matter before Magistrate Seeborg has been
24  moved from June 9, 2008 to July 21, 2008 in order to allow for further discovery which may
25  aid in settlement.
26       2.   In light of this, the parties hereby stipulate to move the Case Management
27  Conference before the Honorable Jeremy Fogel from the currently scheduled date of June
28  20, 2008 to August 22, 2008 at 10:30 a.m.
```

1  Dated: June 12, 2008                                /s/
                                              ANTHONY BOSKOVICH, ESQ.

   Attorneys for Plaintiff,
   JERMAINE MONTIEL

5  Dated: June 12, 2008          RICHARD DOYLE, City Attorney

                                 By:          /s/
                                      MICHAEL R. GROVES
                                      Sr. Deputy City Attorney

   Attorneys for Defendants,
   CITY OF SAN JOSE, ROBERT DAVIS,
   OFFICER MATTHEW WILLIAMS,
   SERGEANT CARLTON SHEPPARD,
   OFFICER JUAN HERNANDEZ, and
   OFFICER GERARDO RODRIGUEZ

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Michael Groves and Anthony Boskovich, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Date: June 12, 2008              By:          /s/
                                      MICHAEL R. GROVES

Good Cause Appearing, IT IS SO ORDERED.

Date: _____           _____
                                 HONORABLE JEREMY FOGEL
                                 Judge of the United States District Court