RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113-1905
Telephone: (408) 535-1900
Facsimile: (408) 998-3131
Email: cao.main@sanjoseca.gov

Attorneys for Defendants,
CITY OF SAN JOSE, ROBERT DAVIS, OFFICER MATTHEW WILLIAMS #3751, SERGEANT CARLTON SHEPPARD #3125, OFFICER JUAN HERNANDEZ #3898, and OFFICER GERARDO RODRIGUEZ #3087

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE MONTIEL,<br><br>        Plaintiff,<br><br>vs.<br><br>OFFICER M. WILLIAMS, Badge No. 3751; SERGEANT C. SHEPPARD, Badge No.. 3125; OFFICER HERNANDEZ, Badge No.. 3898; OFFICER RODRIGUEZ, Badge No.. 3087; JOHN DOE and RICHARD ROE; ROBERT DAVIS; CITY OF SAN JOSE,<br><br>        Defendants. | CASE NO.: C07-05490 JF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE** |

    The parties, by and through their attorneys of record, Michael R. Groves for Defendants and Anthony Boskovich for Plaintiff, hereby stipulate as follows:

    1.    The Settlement Conference in this matter before Magistrate Seeborg has been moved from June 9, 2008 to July 21, 2008 in order to allow for further discovery which may aid in settlement.

    2.    In light of this, the parties hereby stipulate to move the Case Management Conference before the Honorable Jeremy Fogel from the currently scheduled date of June 20, 2008 to August 22, 2008 at 10:30 a.m.

1

1  Dated: June 12, 2008                              /s/
                                            ANTHONY BOSKOVICH, ESQ.

   Attorneys for Plaintiff,
   JERMAINE MONTIEL

5  Dated: June 12, 2008                     RICHARD DOYLE, City Attorney

                                            By: _____/s/_____
                                                MICHAEL R. GROVES
                                                Sr. Deputy City Attorney

   Attorneys for Defendants,
   CITY OF SAN JOSE, ROBERT DAVIS,
   OFFICER MATTHEW WILLIAMS,
   SERGEANT CARLTON SHEPPARD,
   OFFICER JUAN HERNANDEZ, and
   OFFICER GERARDO RODRIGUEZ

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Michael Groves and Anthony Boskovich, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Date: June 12, 2008                         By: _____/s/_____
                                                MICHAEL R. GROVES

Good Cause Appearing, IT IS SO ORDERED.

Date: 6/17/08                               _____
                                            HONORABLE JEREMY FOGEL
                                            Judge of the United States District Court

2

Stipulation & [Proposed] Order Changing Date of CMC                        487139
C07-05490 JF