UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JERMAINE MONTIEL,<br>    Plaintiff,<br>V.<br>OFFICER M. WILLIAMS,<br>    Defendant. | Case Number CV-07-5490-JF<br><br>Case Management Conference<br><br>September 26, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Case Management Conference set on August 22, 2008 is continued to September 26, 2008 at 10:30 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.


August 19, 2008                              For the Court
                                             Richard W. Wieking, Clerk


                                             By: __/s/_____
                                             Diana Munz
                                             Courtroom Deputy Clerk