RICHARD DOYLE, City Attorney (#88625)        **E-Filed 9/30/08**
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113-1905
Phone: (408) 535-1900
FAX:   (408) 998-3131
Email: cao.main@sanjoseca.gov

Attorneys for Defendants,
CITY OF SAN JOSE, ROBERT DAVIS, OFFICER MATTHEW WILLIAMS #3751, SERGEANT CARLTON SHEPPARD #3125, OFFICER JUAN HERNANDEZ #3898, and OFFICER GERARDO RODRIGUEZ #3087

Anthony Boskovich, Esq.
Law Offices Of Anthony Boskovich
28 No. First Street, 6th Floor
San Jose, California 95113-1210
Phone: (408) 286-5150
FAX:   (408) 286-5170
Email: policemisconduct@compuserve.com

Attorney for Plaintiff,
JERMAINE MONTIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE MONTIEL,<br><br>             Plaintiff,<br><br>      vs.<br><br>OFFICER M. WILLIAMS, Badge No. 3751; SERGEANT C. SHEPPARD, Badge No.. 3125; OFFICER HERNANDEZ, Badge No.. 3898; OFFICER RODRIGUEZ, Badge No.. 3087; JOHN DOE and RICHARD ROE; ROBERT DAVIS; CITY OF SAN JOSE,<br><br>             Defendants. | CASE NO.: C07-05490 JF<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE** |

This case concerns a confrontation between Plaintiff and San Jose Police officers in the Kaiser Santa Teresa Emergency Room on August 26, 2006. Due to the

1  uncooperativeness of Kaiser in producing potential percipient witness employees for
2  deposition, despite subpoenas properly issued, the parties, by and through their attorneys of
3  record, Michael R. Groves for Defendants and Anthony Boskovich for Plaintiff, hereby
4  stipulate as follows:
5      1.   The Settlement Conference in this matter before Magistrate Seeborg to be will
6  be rescheduled to a date in December, 2008 in order to allow for further discovery which may
7  aid in settlement.
8      2.   In light of this, the parties hereby stipulate to move the Case Management
9  Conference before the Honorable Jeremy Fogel from the currently scheduled date of
10 September 26, 2008 to January 9, 2009 at 10:30 a.m.

12  Dated: September 25, 2008                         /s/
                                              ANTHONY BOSKOVICH, ESQ.

                                      Attorneys for Plaintiff,
                                      JERMAINE MONTIEL

16  Dated: September 25, 2008          RICHARD DOYLE, City Attorney

                                      By:       /s/
                                              MICHAEL R. GROVES
                                              Sr. Deputy City Attorney

                                      Attorneys for Defendants,
                                      CITY OF SAN JOSE, ROBERT DAVIS,
                                      OFFICER MATTHEW WILLIAMS,
                                      SERGEANT CARLTON SHEPPARD,
                                      OFFICER JUAN HERNANDEZ, and
                                      OFFICER GERARDO RODRIGUEZ

24  //
25  //
26  //
27  //
28  //

2

Stipulation & [Proposed] Order Changing Date of CMC                            507525
C07-05490 JF

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Michael Groves and Anthony Boskovich, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Date: September 25, 2008     By: _____/s/_____
                                  MICHAEL R. GROVES

Good Cause Appearing, IT IS SO ORDERED.

Date: 9/30/08                _____
                             HONORABLE JEREMY FOGEL
                             Judge of the United States District Court