| | |
|---|---|
| 1 | RICHARD DOYLE, City Attorney (#88625) |
| | NORA FRIMANN, Chief Trial Attorney (#93249) |
| 2 | MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620) |
| | Office of the City Attorney |
| 3 | 200 East Santa Clara Street |
| | San Jose, California  95113-1905 |
| 4 | Phone:  (408) 535-1900 |
| | FAX:     (408) 998-3131 |
| 5 | Email:   cao.main@sanjoseca.gov |

Attorneys for Defendants,
CITY OF SAN JOSE, ROBERT DAVIS, OFFICER MATTHEW WILLIAMS #3751, SERGEANT CARLTON SHEPPARD #3125, OFFICER JUAN HERNANDEZ #3898, and OFFICER GERARDO RODRIGUEZ #3087

Anthony Boskovich, Esq. (#121198)
Law Offices of Anthony Boskovich
28 No. First Street, 6th Floor
San Jose, California  95113-1210
Phone: (408) 286-5150
FAX:    (408) 286-5170
Email:  policemisconduct@compuserve.com

Attorney for Plaintiff,
JERMAINE MONTIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE MONTIEL, | CASE NO.:  C07-05490 JF |
| Plaintiff, | |
| vs. | **STIPULATED TRIAL SCHEDULE AND [PROPOSED] ORDER** |
| OFFICER M. WILLIAMS, Badge No. 3751; SERGEANT C. SHEPPARD, Badge No.. 3125; OFFICER HERNANDEZ, Badge No.. 3898; OFFICER RODRIGUEZ, Badge No.. 3087; JOHN DOE and RICHARD ROE; ROBERT DAVIS; CITY OF SAN JOSE, | |
| Defendants. | |

On March 27, 2009 the parties, by and through their counsel, Anthony Boskovich for Plaintiff and Michael R. Groves for Defendants, appeared at a Case Management Conference on this matter in the Honorable Judge Jeremy Fogel's department.  The

1

1 attorneys asked Judge Fogel to continue the Case Management Conference for two weeks
2 so they can work out an agreed upon trial schedule.  The Court continued the Case
3 Management Conference to April 10, 2009 with the understanding that if the parties
4 submitted a Stipulated Trial Schedule before then, an appearance would not be necessary.
5     The parties, through the above counsel, hereby stipulate to the following schedule:

| | |
|---|---|
| **Expert Disclosures due:** | **October 23, 2009** |
| **Close of Fact Discovery:** | **October 30, 2009** |
| **Close of Expert Discovery:** | **November 20, 2009** |
| **Last Day for Hearing on Dispositive Motions:** | **December 11, 2009** |
| **Pre-Trial Conference:** | **January 22, 2010 at 11:00 am** |
| **Jury Selection:** | **January 29, 2010** |
| **Jury Trial:** | **February 1, 2010** |

Law Office of Anthony Boskovich

Dated:  April 9, 2009

          /s/
ANTHONY BOSKOVICH
Attorney at Law

Attorney for Plaintiff,
JERMAINE MONTIEL

Dated:  April 9, 2009    RICHARD DOYLE, City Attorney

By:
          /s/
MICHAEL R. GROVES
Sr. Deputy City Attorney

Attorney for Defendants,
CITY OF SAN JOSE, ROBERT DAVIS,
OFFICER MATTHEW WILLIAMS,
SERGEANT CARLTON SHEPPARD,
OFFICER JUAN HERNANDEZ, and
OFFICER GERARDO RODRIGUEZ

//
//
//

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Michael Groves and Anthony Boskovich, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Date: April 9, 2009              By:_____/s/_____
                                       MICHAEL R. GROVES

**IT IS SO ORDERED.**

Dated: 4/9/09                    _____
                                       HON. JEREMY FOGEL
                                       United States District Court Judge