RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113-1905
Phone: (408) 535-1900
FAX: (408) 998-3131
Email: cao.main@sanjoseca.gov

Attorneys for Defendants,
CITY OF SAN JOSE, ROBERT DAVIS, OFFICER MATTHEW WILLIAMS #3751, SERGEANT CARLTON SHEPPARD #3125, OFFICER JUAN HERNANDEZ #3898, and OFFICER GERARDO RODRIGUEZ #3087

Anthony Boskovich, Esq. (#121198)
BOSKOVICH & APPLETON
28 No. First Street, 6th Floor
San Jose, California 95113-1210
Phone: (408) 286-5150
FAX: (408) 286-5170
Email: policemisconduct@compuserve.com

Attorney for Plaintiff,
JERMAINE MONTIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE MONTIEL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>OFFICER M. WILLIAMS, Badge No. 3751; SERGEANT C. SHEPPARD, Badge No.. 3125; OFFICER HERNANDEZ, Badge No.. 3898; OFFICER RODRIGUEZ, Badge No.. 3087; JOHN DOE and RICHARD ROE; ROBERT DAVIS; CITY OF SAN JOSE,<br><br>　　　　　Defendants. | CASE NO.: C07-05490 JF<br><br>**STIPULATION TO CONTINUE TRIAL AND RELATED DATES; AND [~~PROPOSED~~] ORDER**<br><br>Trial Date:　February 1, 2010<br>Judge:　　　Hon. Jeremy Fogel<br>Courtroom:　3 |

　　　The parties to this action, by and through their attorneys of record, Michael Groves for Defendants and Anthony Boskovich for Plaintiff, hereby stipulate as follows:

1

This case is currently set for trial on February 1, 2010. Because of Plaintiff attorney's intense involvement in another Federal action in the Central District, including over 30 depositions in the last two months and other activities, the parties herein have been unable to meet any of the pre-trial dates set for the this case in the Court's Order of April 9, 2009. Essentially, Plaintiff's counsel has been unavailable due to the demands of the other case, a situation which persists to this day.

In light of this, the parties hereby stipulate to continue the trial date and related pretrial dates and seek the Court's approval for the same.

The current trial and pretrial dates are as follows:

| | |
|---|---|
| Expert Disclosures due: | October 23, 2009 |
| Close of Fact Discovery: | October 30, 2009 |
| Close of Expert Discovery: | November 20, 2009 |
| Last Day for Hearing on Dispositive Motions: | December 11, 2009 |
| Pre-Trial Conference: | January 22, 2010 at 11:00 am |
| Jury Selection: | January 29, 2010 |
| Jury Trial: | February 1, 2010 |

The parties seek the following new schedule:

| | |
|---|---|
| Expert Disclosures due: | February 22, 2010 |
| Close of Fact Discovery: | March 8, 2010 |
| Close of Expert Discovery: | March 15, 2010 |
| Pre-Trial Conference: | April 23, 2010 at 11:00 am |
| Jury Selection: | April 30, 2010 |
| Jury Trial: | May 3, 2010 |

//
//
//
//
//

2
Stipulation to Continue Trial & Related Dates; and [Proposed] Order    C07-05490 JF
613984

| | |
|---|---|
| | BOSKOVICH & APPLETON |
| Dated: December 15, 2009 | /s/ Anthony Boskovich<br>ANTHONY BOSKOVICH<br>Attorney at Law |
| | Attorney for Plaintiff,<br>JERMAINE MONTIEL |
| Dated: December 15, 2009 | RICHARD DOYLE, City Attorney |
| | By: /s/ Michael R. Groves<br>MICHAEL R. GROVES<br>Sr. Deputy City Attorney |
| | Attorney for Defendants,<br>CITY OF SAN JOSE, ROBERT DAVIS,<br>OFFICER MATTHEW WILLIAMS,<br>SERGEANT CARLTON SHEPPARD,<br>OFFICER JUAN HERNANDEZ, and<br>OFFICER GERARDO RODRIGUEZ |

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Michael Groves and Anthony Boskovich, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

| | |
|---|---|
| Date: December 15, 2009 | By: /s/ Michael R. Groves<br>MICHAEL R. GROVES |

**IT IS SO ORDERED.**

Dated: 12/16/09

HON. JEREMY FOGEL
United States District Court Judge