RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
RICHARD D. NORTH, Deputy City Attorney (#225617)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113-1905
Phone: (408) 535-1900
FAX: (408) 998-3131
Email: cao.main@sanjoseca.gov

Attorneys for Defendants,
CITY OF SAN JOSE, ROBERT DAVIS, OFFICER MATTHEW WILLIAMS #3751,
SERGEANT CARLTON SHEPPARD #3125, OFFICER JUAN HERNANDEZ #3898, and
OFFICER GERARDO RODRIGUEZ #3087

Anthony Boskovich, Esq. (#121198)
BOSKOVICH & APPLETON
28 No. First Street, 6th Floor
San Jose, California 95113-1210
Phone: (408) 286-5150
FAX: (408) 286-5170
Email: policemisconduct@compuserve.com

Attorney for Plaintiff,
JERMAINE MONTIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE MONTIEL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OFFICER M. WILLIAMS, Badge No. 3751; SERGEANT C. SHEPPARD, Badge No.. 3125; OFFICER HERNANDEZ, Badge No.. 3898; OFFICER RODRIGUEZ, Badge No.. 3087; JOHN DOE and RICHARD ROE; ROBERT DAVIS; CITY OF SAN JOSE,<br><br>　　　　　Defendants. | CASE NO.: C07-05490 JF<br><br>**STIPULATION TO CONTINUE TRIAL AND RELATED DATES; AND [PROPOSED] ORDER**<br><br>Trial Date: May 3, 2010<br>Judge: Hon. Jeremy Fogel<br>Courtroom: 3 |

　　　The parties to this action, by and through their attorneys of record, Michael Groves for Defendants and Anthony Boskovich for Plaintiff, hereby stipulate as follows:

1

Stipulation to Continue Trial & Related Dates; and [Proposed] Order　　　　　C07-05490 JF
629748

1        This case is currently set for trial on May 3, 2010.  When that date was set, the California League of Cities Spring City Attorney Conference had yet to be firmly scheduled.  The conference was subsequently set for the same week the trial is currently scheduled for.  This is a very important conference for Defendants' attorney, Michael R. Groves, to attend for professional and MCLE purposes.  Apparently the Court's schedule will also be occupied during that week with a lengthy trial which begins in late February, 2010.  Plaintiff's attorney, Anthony Boskovich, has graciously agreed to a change in the trial date.

       In light of this, the parties hereby stipulate to continue the trial date and related pretrial dates and seek the Court's approval for the same.

       The current trial and pretrial dates are as follows:

| | |
|---|---|
| Expert Disclosures due: | February 22, 2010 |
| Close of Fact Discovery: | March 8, 2010 |
| Close of Expert Discovery: | March 15, 2010 |
| Pre-Trial Conference: | April 23, 2010 at 11:00 am |
| Jury Selection: | April 30, 2010 |
| Jury Trial: | May 3, 2010 |

       The parties seek the following new schedule:

| | |
|---|---|
| Expert Disclosures due: | July 9, 2010 |
| Close of Fact Discovery: | July 23, 2010 |
| Close of Expert Discovery: | July 30, 2010 |
| Pre-Trial Conference: | September 17, 2010 at 11:00 am |
| Jury Selection: | September 24, 2010 |
| Jury Trial: | September 27, 2010 |

//
//
//
//
//

2

Stipulation to Continue Trial & Related Dates; and [Proposed] Order      C07-05490 JF
629748

|   |   |   |
|---|---|---|
| Dated: February 11, 2010 | | BOSKOVICH & APPLETON |
| | | /s/ Anthony Boskovich |
| | | ANTHONY BOSKOVICH |
| | | Attorney at Law |
| | | Attorney for Plaintiff, |
| | | JERMAINE MONTIEL |

Dated: February 11, 2010

RICHARD DOYLE, City Attorney

By:    /s/ Michael R. Groves
     MICHAEL R. GROVES
     Sr. Deputy City Attorney

Attorney for Defendants,
CITY OF SAN JOSE, ROBERT DAVIS,
OFFICER MATTHEW WILLIAMS,
SERGEANT CARLTON SHEPPARD,
OFFICER JUAN HERNANDEZ, and
OFFICER GERARDO RODRIGUEZ

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Michael Groves and Anthony Boskovich, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Dated: February 11, 2010            By:    /s/ Michael R. Groves
                                                   MICHAEL R. GROVES

**IT IS SO ORDERED.**

Dated: 2/22/10

HON. JEREMY FOGEL
United States District Court Judge