1  Anthony Boskovich, No. 121198
   Boskovich & Appleton
2  28 N. First Street, 6th Floor
   San Jose, California 95113-1210
3

4  (408) 286-5150
   policemisconduct@xompuserve.com
5

6  Attorney for plaintiff JERMAINE MONTIEL

7

8  **IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**

11

12 JERMAINE MONTIEL,               )
                                    )   No. C 07 05490 JF
                    *Plaintiff,*    )
13 v.                              )
                                    )   STIPULATION AND
14 OFFICER M. WILLIAMS, BADGE NO. 3751, )  [PROPOSED] ORDER
   individually and in his capacity as a San Jose police ) AMENDING SCHEDULING
15 officer; SERGEANT C. SHEPPARD, BADGE )  ORDER.
   NO. 3125, individually and in his capacity as a )
16 San Jose police officer and supervisor; OFFICER )
   HERNANDEZ, BADGE NO. 3898, individually )
17 and in his capacity as a San Jose police officer; )
   OFFICER RODRIGUEZ, BADGE NO. 3087, )
18 individually and in his capacity as a San Jose police )
   officer;   JOHN DOE and RICHARD ROE, )
19 individually and in their capacities as San Jose )
   police officers, the true names and exact numbers )
20 of whom are unknown at this time; ROBERT )
   DAVIS, individually and in his capacity as Chief )
21 of Police for the City of San Jose; CITY OF SAN )
   JOSE, a municipal corporation, )
22                  *Defendants*.   )
   ─────────────────────────────────)
23

24      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

25 attorneys of record that having met and conferred that the jury selection and trial dates in this matter

26 be amended as follows:

27

28 Stipulation and [Proposed] Order Amending Scheduling Order                                    Page 1

1     Jury Selection: 15 October 2010 at 1:30 P.M.

2     Jury Trial: 18 October 2010 at 9:00 A.M. and thereafter.

4 All other dates to remain unchanged.

6     The grounds for this stipulation and order are that plaintiff's counsel is engaged in a major case invovling significant injuries in the matter of *Koopen v. Aberle, et al.*, Alameda County Superior County case number HG06266136, and it is likely that this case will indeed be sent out during the time thismatter is set for trial.

12 Dated: 15 April 2010      **BOSKOVICH & APPLETON**

By: /s/Anthony Boskovich
ANTHONY BOSKOVICH,
Attorney for Plaintiff

16 Dated: 13 April 2010      **OFFICE OF THE CITY ATTORNEY**

By: /s/ Michael Groves
Michael Groves
Attorney for Defendants

**It is so ordered:**

Dated: 4/23/10

The Honorable Jeremy Fogel
Judge of the United States District Court

Stipulation and [Proposed] Order Amending Scheduling Order      Page 2