RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
RICHARD D. NORTH, Deputy City Attorney (#225617)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California  95113-1905
Phone: (408) 535-1900
FAX:    (408) 998-3131
Email:  cao.main@sanjoseca.gov

Attorneys for Defendants,
CITY OF SAN JOSE, ROBERT DAVIS, OFFICER MATTHEW WILLIAMS #3751, SERGEANT CARLTON SHEPPARD #3125, OFFICER JUAN HERNANDEZ #3898, and OFFICER GERARDO RODRIGUEZ #3087

Anthony Boskovich, Esq. (#121198)
BOSKOVICH & APPLETON
28 No. First Street, 6th Floor
San Jose, California  95113-1210
Phone: (408) 286-5150
FAX:   (408) 286-5170
Email: policemisconduct@compuserve.com

Attorney for Plaintiff,
JERMAINE MONTIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE MONTIEL,<br><br>                Plaintiff,<br><br>vs.<br><br>OFFICER M. WILLIAMS, Badge No. 3751; SERGEANT C. SHEPPARD, Badge No.. 3125; OFFICER HERNANDEZ, Badge No.. 3898; OFFICER RODRIGUEZ, Badge No.. 3087; JOHN DOE and RICHARD ROE; ROBERT DAVIS; CITY OF SAN JOSE,<br><br>                Defendants. | CASE NO.:  C07-05490 JF<br><br>**STIPULATION TO CONTINUE TRIAL AND RELATED DATES; [PROPOSED] ORDER**<br><br>Trial Date:   October 18, 2010<br>Judge:        Hon. Jeremy Fogel<br>Courtroom:  3 |

The parties to this action, by and through their attorneys of record, Michael Groves for Defendants and Anthony Boskovich for Plaintiff, hereby stipulate as follows:

1  This case is currently set for trial on October 18, 2010.  Plaintiff's counsel, solo
2  practitioner Anthony Boskovich, is intensely involved in a number of time consuming cases,
3  both criminal and civil, which will interfere both with the preparation and the trial of the
4  *Montiel* case.  Also, Plaintiff's attorney is still attempting to locate witness Brandon Adam.
5  After Plaintiff's attorney Boskovich contacted Defendants' attorney Groves with these
6  concerns, Attorney Groves graciously agreed to stipulate to a continuance of the dates.
7  In light of this and both attorneys' calendars, the parties hereby stipulate to continue
8  the trial date and related pretrial dates and seek the Court's approval for the same.
9  The current trial and pretrial dates are as follows:

| | |
|---|---|
| Expert Disclosures due: | July 9, 2010 |
| Close of Fact Discovery: | July 23, 2010 |
| Close of Expert Discovery: | July 30, 2010 |
| Pre-Trial Conference: | September 17, 2010 at 11:00 am |
| Jury Selection: | October 15, 2010 |
| Jury Trial: | October 18, 2010 |

The parties seek the following new schedule:

| | |
|---|---|
| Expert Disclosures due: | March 4, 2011 |
| Close of Fact Discovery: | April 8, 2011 |
| Close of Expert Discovery: | April 22, 2011 |
| Pre-Trial Conference: | May 13, 2011 at 11:00 am |
| Jury Selection: | May 20, 2011 |
| Jury Trial: | May 23, 2011 |

23 //
24 //
25 //
26 //
27 //
28 //

|  |  |
|---|---|
|  | BOSKOVICH & APPLETON |
| Dated: August 24, 2010 | _____/s/ Anthony Boskovich_____<br>ANTHONY BOSKOVICH<br>Attorney at Law |
|  | Attorney for Plaintiff,<br>JERMAINE MONTIEL |
| Dated: August 24, 2010 | RICHARD DOYLE, City Attorney |
|  | By: _____/s/ Michael R. Groves_____<br>MICHAEL R. GROVES<br>Sr. Deputy City Attorney |
|  | Attorney for Defendants,<br>CITY OF SAN JOSE, ROBERT DAVIS,<br>OFFICER MATTHEW WILLIAMS,<br>SERGEANT CARLTON SHEPPARD,<br>OFFICER JUAN HERNANDEZ, and<br>OFFICER GERARDO RODRIGUEZ |

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Michael Groves and Anthony Boskovich, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

|  |  |
|---|---|
| Dated: August 24, 2010 | By:_____/s/ Michael R. Groves_____<br>MICHAEL R. GROVES |

**IT IS SO ORDERED.**

|  |  |
|---|---|
| Dated: 8/25/10 | _____[signature]_____<br>HON. JEREMY FOGEL<br>United States District Court Judge |