RICHARD DOYLE, City Attorney  (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California  95113-1905
Phone:  (408) 535-1900
FAX:      (408) 998-3131
Email:   cao.main@sanjoseca.gov

Attorneys for Defendants,
CITY OF SAN JOSE, ROBERT DAVIS, OFFICER MATTHEW WILLIAMS #3751, SERGEANT CARLTON SHEPPARD #3125, OFFICER JUAN HERNANDEZ #3898, and OFFICER GERARDO RODRIGUEZ #3087

Anthony Boskovich, Esq. (#121198)
BOSKOVICH & APPLETON
28 No. First Street, 6th Floor
San Jose, California  95113-1210
Phone: (408) 286-5150
FAX:     (408) 286-5170
Email:  policemisconduct@compuserve.com

Attorney for Plaintiff,
JERMAINE MONTIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE MONTIEL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OFFICER M. WILLIAMS, Badge No. 3751; SERGEANT C. SHEPPARD, Badge No.. 3125; OFFICER HERNANDEZ, Badge No.. 3898; OFFICER RODRIGUEZ, Badge No.. 3087; JOHN DOE and RICHARD ROE; ROBERT DAVIS; CITY OF SAN JOSE,<br><br>　　　　　Defendants. | CASE NO.:  C07-05490 JF<br><br>**STIPULATION TO CONTINUE TRIAL AND RELATED DATES; [PROPOSED] ORDER**<br><br>Trial Date:    May 23, 2011<br>Judge:         Hon. Jeremy Fogel<br>Courtroom:   3 |

　　　　The parties to this action, by and through their attorneys of record, Michael Groves for Defendants and Anthony Boskovich for Plaintiff, hereby stipulate as follows:

1

This case is currently set for trial on May 23, 2011. However, Defendants' counsel, Michael R. Groves, after 22 fascinating and active years at the San Jose City Attorney's Office, is retiring to pursue other interests. Mr. Groves' last day is April 11, 2011. All Defense matters in this case have been solely handled by Mr. Groves. All of his numerous cases, including the *Montiel* matter will have to be reassigned to other counsel. The work and trial schedules of all of the likely inheritors of this case will not allow for adequate preparation time or for the trial to occur as currently scheduled.

Plaintiff's counsel, Anthony Boskovich, in his typical professional fashion, has graciously agreed to a continuance of the trial and related dates.

In light of this and attorneys' calendars, the parties hereby stipulate to continue the trial date and related pretrial dates and seek the Court's approval for the same.

The current trial and pretrial dates are as follows:

| | |
|---|---|
| Expert Disclosures due: | March 4, 2011 |
| Close of Fact Discovery: | April 8, 2011 |
| Close of Expert Discovery: | April 22, 2011 |
| Pre-Trial Conference: | May 13, 2011 at 11:00 am |
| Jury Selection: | May 20, 2011 |
| Jury Trial: | May 23, 2011 |

The parties seek the following new schedule:

| | |
|---|---|
| Expert Disclosures due: | August 5, 2011 |
| Close of Fact Discovery: | September 2, 2011 |
| Close of Expert Discovery: | September 16, 2011 |
| Pre-Trial Conference: | October 7, 2011 at 11:00 am |
| Jury Selection: | October 14, 2011 |
| Jury Trial: | October 17, 2011 |

//
//
//

| | |
|---|---|
| | BOSKOVICH & APPLETON |
| Dated: March 23, 2011 | /s/ Anthony Boskovich<br>ANTHONY BOSKOVICH<br>Attorney at Law |
| | Attorney for Plaintiff,<br>JERMAINE MONTIEL |
| Dated: March 23, 2011 | RICHARD DOYLE, City Attorney |
| | By: /s/ Michael R. Groves<br>MICHAEL R. GROVES<br>Sr. Deputy City Attorney |
| | Attorney for Defendants,<br>CITY OF SAN JOSE, ROBERT DAVIS,<br>OFFICER MATTHEW WILLIAMS,<br>SERGEANT CARLTON SHEPPARD,<br>OFFICER JUAN HERNANDEZ, and<br>OFFICER GERARDO RODRIGUEZ |

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Michael Groves and Anthony Boskovich, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

| | |
|---|---|
| Dated: March 23, 2011 | By: /s/ Michael R. Groves<br>MICHAEL R. GROVES |

**IT IS SO ORDERED.**

| | |
|---|---|
| Dated: 3/29/11 | HON. JEREMY FOGEL<br>United States District Court Judge |