**E-Filed 7/29/2011**

1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  STEVEN B. DIPPELL, Sr. Deputy City Attorney (#121217)
   RICHARD D. NORTH, Deputy City Attorney (#225617)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San Jose, California 95113-1905
   Phone: (408) 535-1900
5  FAX:   (408) 998-3131
   Email: cao.main@sanjoseca.gov
6
   Attorneys for Defendants,
7  CITY OF SAN JOSE, ROBERT DAVIS, OFFICER MATTHEW WILLIAMS #3751,
   SERGEANT CARLTON SHEPPARD #3125, OFFICER JUAN HERNANDEZ #3898,
8  and OFFICER GERARDO RODRIGUEZ #3087

9  Anthony Boskovich, Esq. (#121198)
   BOSKOVICH & APPLETON
10 28 No. First Street, 6th Floor
   San Jose, California 95113-1210
11 Phone: (408) 286-5150
   FAX:   (408) 286-5170
12 Email: policemisconduct@compuserve.com

13 Attorney for Plaintiff,
   JERMAINE MONTIEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE MONTIEL, | CASE NO.: C07-05490 JF |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER VACATING TRIAL AND RELATED DATES** |
| OFFICER M. WILLIAMS, Badge No. 3751; SERGEANT C. SHEPPARD, Badge No.. 3125; OFFICER HERNANDEZ, Badge No.. 3898; OFFICER RODRIGUEZ, Badge No.. 3087; JOHN DOE and RICHARD ROE; ROBERT DAVIS; CITY OF SAN JOSE, | Trial Date: October 17, 2011<br>Judge: Hon. Jeremy Fogel<br>Courtroom: 3 |
| Defendants. | |

The parties to this action, by and through their attorneys of record, Steven B. Dippell for Defendants and Anthony Boskovich for Plaintiff, hereby stipulate as follows:

1. This case is currently set for trial on October 17, 2011, and the following related deadlines exist:

| | |
|---|---|
| Expert Disclosures due: | August 5, 2011 |
| Close of Fact Discovery: | September 2, 2011 |
| Close of Expert Discovery: | September 16, 2011 |
| Pre-Trial Conference: | October 7, 2011 at 11:00 am |
| Jury Selection: | October 14, 2011 |

2. In light of Judge Fogel's new assignment, the parties understand this matter will be assigned to a different judge. As a result, the parties respectfully request that the existing trial date and all of the above-described related deadlines be vacated pending that reassignment.

Dated:  July 29, 2011                    BOSKOVICH & APPLETON

                                         /s/ Anthony Boskovich
                                         ANTHONY BOSKOVICH
                                         Attorney at Law

                                         Attorney for Plaintiff,
                                         JERMAINE MONTIEL

Dated:  July 29, 2011                    RICHARD DOYLE, City Attorney

                                         By:    /s/ Steven B. Dippell
                                         STEVEN B. DIPPELL
                                         Sr. Deputy City Attorney

                                         Attorney for Defendants,
                                         CITY OF SAN JOSE, ROBERT DAVIS,
                                         OFFICER MATTHEW WILLIAMS,
                                         SERGEANT CARLTON SHEPPARD,
                                         OFFICER JUAN HERNANDEZ, and
                                         OFFICER GERARDO RODRIGUEZ

//
//

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Steven B. Dippell and Anthony Boskovich, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Dated: July 29, 2011                                    By:        /s/ Steven B. Dippell
                                                                           STEVEN B. DIPPELL

## ORDER

Having read and considered the stipulation above, and finding good cause for the relief requested, it is ordered that the trial date and all the related deadlines described below be, and hereby are, vacated:

| | |
|---|---|
| Expert Disclosures due: | August 5, 2011 |
| Close of Fact Discovery: | September 2, 2011 |
| Close of Expert Discovery: | September 16, 2011 |
| Pre-Trial Conference: | October 7, 2011 at 11:00 am |
| Jury Selection: | October 14, 2011 |
| Jury Trial | October 17, 2011 |

A further case management conference in this matter is scheduled for August 26, 2011, pending reassignment of the case to a different judge.

Dated: July 29, 2011

HON. JEREMY FOGEL
United States District Court Judge