Anthony Boskovich, No. 121198
Boskovich & Appleton
28 N. First Street, 6th Floor
San Jose, California 95113-1210

(408) 286-5150
policemisconduct@ompuserve.com

Attorney for plaintiff JERMAINE MONTIEL

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JERMAINE MONTIEL,<br>    *Plaintiff,*<br>v.<br><br>OFFICER M. WILLIAMS, BADGE NO. 3751, individually and in his capacity as a San Jose police officer; SERGEANT C. SHEPPARD, BADGE NO. 3125, individually and in his capacity as a San Jose police officer and supervisor; OFFICER HERNANDEZ, BADGE NO. 3898, individually and in his capacity as a San Jose police officer; OFFICER RODRIGUEZ, BADGE NO. 3087, individually and in his capacity as a San Jose police officer; JOHN DOE and RICHARD ROE, individually and in their capacities as San Jose police officers, the true names and exact numbers of whom are unknown at this time; ROBERT DAVIS, individually and in his capacity as Chief of Police for the City of San Jose; CITY OF SAN JOSE, a municipal corporation,<br>    *Defendants.* | No. C 07 05490 CB<br><br>STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER. |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that having met and conferred that the final pretrial conference and trial dates in this matter be amended as follows:

Stipulation and [Proposed] Order Amending Scheduling Order     Page 1

1   Final Pretrial Conference: 2 August 2012 at 2:30 P.M.

2   Jury Trial: 6 August 2012 at **8:30** A.M. and thereafter.

3

4   All other dates to remain unchanged.

5

6   The grounds for this stipulation and order are that plaintiff's counsel has two significant
7   personal events that make trial preparation and trial itself impracticable.  Plaintiff's counsel has a
8   planned vacation from 14 June to 19 June 2012 to attend a college graduation in San Diego,
9   California. Additionally, plaintiff's counsel's daughter is getting married on 30 June 2012, and there
10  will be all of the necessary preparations and likely last minute disasters that will need to be attended
11  to.  Upon meeting and conferring, and upon checking counsel's respective calendars, the above date
12  works for all parties.

13

14  Dated: 20 January 2012                    **BOSKOVICH & APPLETON**

15                                                   /s/Anthony Boskovich
                                            By:_____
16                                                ANTHONY BOSKOVICH,
                                                  Attorney for Plaintiff
17

18  Dated: 20 January 2012                    **OFFICE OF THE CITY ATTORNEY**

19                                                   /s/ Richard North
                                            By:_____
20                                                Richard North
                                                  Attorney for Defendants
21

22  **It is so ordered:**

23

24  Dated:  January 24, 2012                 _____
                                                  The Honorable
25                                                Judge of the United States District Court

26

*IT IS SO ORDERED*
Judge Charles R. Breyer

27

28  Stipulation and [Proposed] Order Amending Scheduling Order                            Page 2