UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JERMAINE MONTIEL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, et al,<br><br>　　　　　Defendants. | Case No.: C 07-5490 PSG<br><br>**SUPPLEMENTAL JURY INSTRUCTION** |

　　　　The jury is ordered to replace the current eighth page of the verdict form with the new version of the page attached to this order. The attached page changes the punitive damages instruction by replacing "fraud" with "reckless disregard of Plaintiff's rights."

**IT IS SO ORDERED.**

Dated:  June 17, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_Paul S. Grewal_
　　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Only answer Question 29 if you answered "Yes" to one or both officers in Questions 2 (Excessive Force Claim), 5 (Unreasonable Arrest Claim), 8 (Unreasonable Detention Claim), 12 (False Arrest Claim), 16 (Battery Claim), 18 (Delay of Medical Care Claim), or 19 (Bane Act Claim).

29.     Did the officer(s) engage in malice, oppression, or in reckless disregard of Plaintiff's rights with respect to the listed claims for which you answered "Yes" above?

   Officer Matt Williams          _____ Yes     _____ No

   Sergeant Carl Sheppard         _____ Yes     _____ No

If you answered "Yes" as to one or both officers, go to Question 30 and answer as to each of the officers for whom you answered "Yes." If not, stop here, answer no further questions, and have the foreperson sign and date this form.

30. What amount, if any, do you award in punitive damages?

   Officer Matt Williams $_____

   Sergeant Carl Sheppard $_____

Have the foreperson sign and date this form.

Signed: _____ Dated: _____