United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JERMAINE MONTIEL,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>OFFICER M. WILLIAMS, BADGE NO. 3751, individually and in his capacity as a San Jose police officer; SERGEANT C. SHEPPARD, BADGE NO. 3125, individually and in his capacity as a San Jose police officer and supervisor; OFFICER HERNANDEZ, BADGE NO. 3898, individually and in his capacity as a San Jose police officer; OFFICER RODRIGUEZ, BADGE NO. 3087, individually and in his capacity as a San Jose police officer; JOHN DOE and RICHARD ROE, individually and in their capacities as San Jose police officers, the true names and exact numbers of whom are unknown at this time; ROBERT DAVIS, individually and in his capacity as Chief of Police for the City of San Jose; CITY OF SAN JOSE, a municipal corporation,,<br><br>　　　　　Defendants. | Case No.: C 07-5490 PSG<br><br>**STANDBY ORDER TO SHOW CAUSE**<br><br>**(Re: Docket No. 146)** |

The court has been informed that the parties have reached a settlement. Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than October 28, 2013.

1

Case No.: C 07-5490 PSG
ORDER

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, November 5, 2013, at 10:00 a.m. to show cause why the case should not be dismissed.

**IT IS SO ORDERED.**

Dated: August 28, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge